UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN WIGGINS,

    Plaintiff,

v.                                        Case No.: _____

DOLLAR GENERAL CORPORATION,
and DOLGENCORP LLC,

    Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1446, Defendant DOLGENCORP, LLC, hereby removes this action from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, and states:

1. On August 28, 2020, Plaintiff JONATHAN WIGGINS filed a Complaint in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case No. 20-CA-006864.

2. The Complaint named DOLGENCORP, LLC, and DOLLAR GENERAL CORPORATION, as Defendants. While both DOLGENCORP, LLC and DOLLAR GENERAL CORPORATION were named as Defendants, DOLGENCORP, LLC is the only proper corporate entity.

3. On August 31, 2020, Defendant, DOLGENCORP, LLC, was served with the Complaint. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. Section 1446, as **Exhibit 1.**

4. At all times material, Plaintiff, JONATHAN WIGGINS, was a citizen of the State of Florida.

5. Defendant, DOLGENCORP, LLC, is and was at all times relevant hereto, including at the time of the filing of this Notice of Removal and the commencement of Civil Action No. 20-CA-006864, a Limited Liability Company registered in the Commonwealth of Kentucky with its principal place of business in Goodlettsville, Tennessee, and whose managing member is incorporated in the State of Tennessee with its principal place of business in Goodlettsville, Tennessee. *See* Articles of Organization of DOLGENCORP, LLC, filed with the Commonwealth of Kentucky on October 9, 2008, attached hereto as **Exhibit 2.**

6. At all times relevant hereto, the sole members of DOLGENCORP, LLC, consisted of James W. Thorpe and Larry Gatta. Each member is a citizen of Tennessee. *See* 2017 Annual Report of DOLGENCORP, LLC, attached hereto as **Exhibit 3.**

7. For purposes of diversity jurisdiction, "a limited liability company is a citizen of any state of which a member of the company is a citizen." *Flintlock Const. Servs., LLC v. Well-Come Holdings, LLC,* 710 F.3d 1221, 1224 (11th Cir. 2013) (citing *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.,* 374 F.3d 1020, 1022 (11th Cir. 2004).

8. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 (a)(1), and is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a). Diversity of citizenship exists.

9. Plaintiff has alleged in his Complaint an action for damages in excess of $30,000.00. Plaintiff has made a pre-suit demand in excess of $75,000, exclusive of interest and costs. Based upon the foregoing, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10. This Notice of Removal is filed within thirty (30) days after Defendant received a copy of

Plaintiff's Complaint on or about August 31, 2020, as required by 28 U.S.C. § 1446(b).

11. A copy of this Notice of Removal will simultaneously be filed with the Clerk of Courts for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, and served upon other counsel of record pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant DOLGENCORP, LLC, gives notice of the removal of this action from the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida.

Dated:  September 18, 2020

Respectfully submitted,

*/s/. Eric M. Thorn*
**Eric M. Thorn, Esquire**
Florida Bar No.: 0479100
erict@sdtriallaw.com
St. Denis and Davey, P.A.
10150 Highland Manor Drive, Suite 200
Tampa, FL 33610
Tel. 813-314-2162
Fax. 813-314-2163
***Attorney for Defendant Dolgencorp, LLC***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of September 2020, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court utilizing the CM/ECF system and which will electronically transmit an electronic copy to:

**Gabriel A. Baca, Esquire**
Florida Bar No. 1017732
**Jason Turchin, Esquire**
Florida Bar No. 585300
Law Offices of Jason Turchin
2883 Executive Park Drive, Ste. 103
Weston, FL  33331
gabriel@victimaid.com
Litigation3@victimaid.com
Attorneys for Plaintiff

*/s/. Eric M. Thorn*
**Eric M. Thorn, Esquire**
Florida Bar No.: 0479100